# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JUDITH ALEXANDRE and SERGIO TERRON,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** As Trustee on Behalf of The Certificateholders of **NATIXIS REAL ESTATE CAPITAL TRUST 2007-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** As Nominee For **FIRST NLC FINANCIAL SERVICES, LLC; MIDLAND FUNDING LLC; CITY OF MARGATE, FLORIDA; STATE OF FLORIDA, DEPARTMENT OF REVENUE;** Unknown Tenants/Owners 1; Tenants/Owners 2; and Unknown Tenants/Owners 3,
Appellees.

No. 4D18-3404

[October 17, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 17-17902 CACE (11).

Robert Phaneuf of The Ticktin Law Group, Deerfield Beach, for appellants.

Katherine M. Joffe and Brian K. Hole of Holland & Knight LLP, Fort Lauderdale, for appellee Deutsche Bank National Trust Company, as trustee on behalf of The Certificateholders of Natixis Real Estate Capital Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***